## O. M. LOYD V. NORTHWESTERN DRAINAGE CO.[2]

April 28, 1916.

Nos. 19,814—(187).

Costs — taxation of witness fees.

Where a case was set for trial on a Tuesday, and on the preceding Saturday defendant subpoenaed his witness, whose homes were from 75 to 100 miles away, and on Monday was informed by plaintiff the action would be dismissed, as was done on Tuesday, he is entitled to tax witness' fees against the plaintiff. [Reporter.]

Action in the district court for Marshall county. Plaintiff dismissed the action without prejudice. From the taxation of costs by the clerk, plaintiff appealed to the court. The taxation was affirmed except in respect to one item and judgment directed in favor of defendant therefor. From the order sustained the taxation of costs, Grindeland, J., plaintiff appealed. Affirmed.

*Theodore Qvale*, for appellant.

*Stanton & Rowberg*, for respondent.

PER CURIAM.

This is an appeal by the plaintiff from a judgment and involves only the taxation of costs in favor of the defendant.

[1]Reported in 157 N. W. 648.
[2]Reported in 157 N. W. 592.

The case was set for trial on a Tuesday. On the Saturday prior the defendant, in good-faith preparation for the trial, subpoenaed his witnesses, who resided from 75 to 100 miles away. On Monday counsel for the plaintiff advised counsel for the defendant that the action would be dismissed and on the following day it was dismissed. Under the circumstances stated the defendant was entitled to tax witness' fees. 1 Dunnell Minn. Dig. § 2218. The appeal is without merit.

Affirmed.